# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 443 MAL 2014
:
           Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
        v. :
:
:
:
MICHAEL WORMUTH, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.